

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0828-10

### THE STATE OF TEXAS

v.

### DAVID WAYNE WOODARD, Appellee

## ON APPELLEE'S PETITION FOR DISCRETIONARY REVIEW FROM THE SECOND COURT OF APPEALS WICHITA COUNTY

**KELLER, P.J., filed a dissenting opinion in which MEYERS, J., joined.**

Article 14.01(b) allows an officer to conduct a warrantless arrest "for any offense committed in his presence or within his view."[1] In this case, the evidence is undisputed that the arrest was without a warrant and that a DWI was not committed in the presence or view of any police officer, since appellant was first spotted walking six to eight blocks from the accident. I therefore disagree

---

[1] TEX. CODE CRIM. PROC. art. 14.01(b).

with the Court's holding that Article 14.01(b) was not violated.[2]

I respectfully dissent.

Filed: April 6, 2011
Publish

---

[2] Court's op. at 16.